UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Gregory Cochran,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BlueCross/BlueShield of Massachusetts; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-02025-TJH-OP<br><br>**ORDER [JS-6]** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs

Date: July 11, 2013　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRIC JUDGE